UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON, | Case No.: 2:22-cv-01223-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| U.S. DIST. COURTS CLERKS OFFICE, | |
| Defendant | |

      On July 29, 2022, the court received plaintiff Ronald Allison's complaint. ECF No. 1-2. Allison did not file an application to proceed in forma pauperis and he did not pay the filing fee. Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court. Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of fees or security therefor" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." If the plaintiff is a "prisoner" as defined by 28 U.S.C. § 1915(h), as amended by the Prison Litigation Reform Act (PLRA), he remains obligated to pay the entire fee in installments, regardless of whether his action is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

      Under the PLRA, a prisoner seeking leave to proceed in forma pauperis must "submit a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). From the certified trust account statement, the Court must assess an initial payment of 20% of (a) the average monthly deposits in the account for the past six months, or (b) the average monthly balance in the account for the past six months, whichever is greater,

unless the prisoner has no assets. *See* 28 U.S.C. §§ 1915(b)(1), (b)(4). The institution having custody of the prisoner must collect subsequent payments, assessed at 20% of the preceding month's income, in any month in which the prisoner's account exceeds $10, and forward those payments to the Court until the entire filing fee is paid. *See* 28 U.S.C. § 1915(b)(2).

I THEREFORE ORDER that plaintiff Ronald Allison shall file an application to proceed in forma pauperis or pay the filing fee by September 30, 2022, or this action will be dismissed without prejudice. Failure to comply with this order may result in dismissal of this case without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall file a certificate of interested parties as required by Local Rule 7.1-1 by September 30, 2022.

DATED this 6th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE