**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD J. ALLISON, | Case No.: 2:22-cv-01223-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| U.S. DIST. COURTS CLERKS OFFICE, | |
| Defendant | |

On September 6, 2022, I ordered plaintiff Ronald Allison to file a certificate of interested parties as well as an application to proceed in forma pauperis or pay the filing fee by September 30, 2022. ECF No. 3. I advised Allison that failure to comply with my order may result in dismissal of this case without prejudice. *Id.* at 2. Allison did not file a certificate of interested parties. He also did not file an application to proceed in forma pauperis or pay the filing fee.

I THEREFORE ORDER that plaintiff Ronald Allison's complaint (ECF No. 1-2) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE